UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-cv-24508-DIMITROULEAS

CITY OF MIAMI, a Florida municipal corporation,

    Plaintiff,

v.

WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,

    Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, the City of Miami, files this **unopposed** motion seeking an order from the Court voluntarily dismissing this lawsuit with prejudice, with each party to bear its own costs and expenses, including, without limitation, attorneys' fees. Counsel for Plaintiff has conferred with counsel for defendants Wells Fargo & Co. and Wells Fargo Bank, N.A., and Defendants consent to Plaintiff's request. A proposed order granting this motion is appended hereto as **Exhibit A**.

Dated: January 29, 2020

                                    Respectfully submitted,

                                    */s/ D. Porpoise Evans*
                                    D. Porpoise Evans, Fla. Bar No. 0576883
                                    *pevans@pbyalaw.com*
                                    PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.
                                    283 Catalonia Avenue, Suite 200
                                    Coral Gables, FL 33134
                                    Telephone: (305) 377-0086

Victoria Méndez
CITY OF MIAMI
OFFICE OF THE CITY ATTORNEY
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
(305) 416-1832

Robert Peck (*pro hac vice*)
*robert.peck@cclfirm.com*
CENTER FOR CONSTITUTIONAL
LITIGATION, P.C.
455 Massachusetts Avenue, N.W.
Suite 152
Washington, D.C. 20001
Telephone: (202) 944-2874

Joel Liberson (*pro hac vice*)
*joel@taresources.com*
TRIAL & APPELLATE RESOURCES, P.C.
3635 Torrance Blvd., 3d Floor
Torrance, CA 90503
Telephone: (917) 848-3218

Rachel Geman (*pro hac vice*)
*rgeman@lchb.com*
Daniel Seltz (*pro hac vice*)
*dseltz@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

Sherrie R. Savett (*pro hac vice*)
*ssavett@bm.net*
Sarah Schalman-Bergen (*pro hac vice*)
*SSchalman-Bergen@bm.net*
Patrick Madden (*pro hac vice*)
*pmadden@bm.net*
BERGER & MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of Plaintiff's Unopposed Motion for Dismissal with Prejudice were served on January 29, 2020 via CM/ECF on all counsel or parties of record.

*/s/ D. Porpoise Evans*
D. Porpoise Evans